

COUNSELORS AT LAW

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Jessica Friedrich
Joanna C. Kahan

Of counsel
Nina Epstein
Diane Ferrone

January 19, 2022

**Via ECF**

The Honorable Paul G. Gardephe
U.S. District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: U.S. v. Albert Aronov, 22 CR 20 (PGG)

Your Honor,

      I am counsel to Albert Aronov. I write, with consent of the government, to respectfully request that Mr. Aronov's bond be amended to require the signature of two suretors, and not three. This was the agreed upon bail at the arraignment, but the written bond erroneously requires three suretors. The rest of the bond requirements are to remain the same.

      I thank the Court for its consideration of the instant application.

Respectfully submitted,

/s/

Dawn M. Cardi

CC:    All Parties via ECF

MEMO ENDORSED

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: January 20, 2022

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com