

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Jessica Friedrich
Joanna C. Kahan

Of counsel
Nina Epstein
Diane Ferrone

May 4, 2022

**Via ECF**

The Honorable Paul G. Gardephe
U.S. District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>U.S. v. Albert Aronov</u>, 22 CR 20 (PGG)

Your Honor,

    I am counsel to Albert Aronov. I write, with no objection from Pretrial Services or the government, for a one-time bail modification to permit Mr. Aronov to travel to Florida in June for a previously scheduled family vacation.

    Mr. Aronov would like to travel to Florida from June 13 – 19 with his wife and children. If this request is approved, Mr. Aronov will provide his full itinerary to his Pretrial Services Officer.

    As noted, neither the government nor Pretrial Services has any objection to this request.

    I thank the Court for its consideration of the instant application.

Respectfully submitted,

/s/

Dawn M. Cardi

CC:    All Parties via ECF
           Pre-Trial Services Officer Francesca Tessier-Miller (via email)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*[signature]*
Paul G. Gardephe, U.S.D.J.

Dated: May 6, 2022

99 Madison Avenue, 8th Floor, New York, NY 10016  •  212.481.7770 TELEPHONE  •  212.271.0665 FACSIMILE  •  917.543.9993 CELL  •  cardiedgarlaw.com