UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

ALBERT ARONOV,

                Defendant.

**ORDER**

22 Cr. 20 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        A hearing pursuant to United States v. Fatico, 603 F.2d 1053 (2d Cir. 1979), will be held in this matter on **April 11, 2024, at 2:00 p.m.** to address the factual allegations in paragraph 60 of the Presentence Report. (Dkt. No. 426) The hearing will take place in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  April 4, 2024
          New York, New York

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge