UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

ALBERT ARONOV,

                Defendant.

**ORDER**

22 Cr. 20 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      As stated at today's <u>Fatico</u> hearing, the Defendant's sentencing will take place on **June 14, 2024, at 2:00 p.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

      If the parties wish to make any additional submissions regarding the Defendant's sentencing, those submissions are due by **June 6, 2024**.

Dated: May 30, 2024
       New York, New York

                                            SO ORDERED.

                                            _____
                                            Paul G. Gardephe
                                            United States District Judge