UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

ALBERT ARONOV,

                Defendant.

**ORDER**

22 Cr. 20 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        In paragraph 123 of the Presentence Report (Dkt. No. 426), the Defendant's mortgage debt is listed among his liabilities, and the Defendant's "Auto Lease Payment" and "Auto Insurance" are listed among his monthly expenses. The Presentence Report does not, however, list the value of the Defendant's home or car among his assets.

        The Defendant is directed to make a submission by **June 11, 2024** disclosing the value of his home and any cars that he owns.

Dated:  June 4, 2024
        New York, New York

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge