

**Partners**
Dawn M. Cardi
Chad L. Edgar

**Associate**
Joanna C. Kahan

**Senior Counsel**
Michelle M. Younger

**Of counsel**
Nina Epstein

June 18, 2024

<u>VIA CM/ECF</u>

Honorable Paul G. Gardephe
United States District Court Judge
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

        Re:    <u>United States v. Albert Aronov</u>, et al., 22 Cr. 20 (PGG)

Dear Judge Gardephe:

    I am counsel to Albert Aronov in the above-referenced action. I write to request an extension of time for Mr. Aranov to report to the Bureau of Prisons to begin serving his sentence. The Court ordered him to report within ten days of his sentencing on June 14, 2024, by June 24, 2024. I am requesting that the time be extended to thirty days of his sentencing, by July 14, 2024. Mr. Aranov requests this additional time to make appropriate arrangements for his family during his incarceration. The government consents to this request.

    I thank the Court in advance for its consideration of this matter.

        Respectfully submitted,

        /s/

        Dawn M. Cardi

cc: all parties via ECF

**MEMO ENDORSED**: The application is granted. The Defendant's surrender date is adjourned to **July 15, 2024.**

SO ORDERED.

*/s/ Paul G. Gardephe*

Paul G. Gardephe
United States District Judge

Date: June 18, 2024

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com