

Partners
Dawn M. Cardi
Chad L. Edgar

Associate
Joanna C. Kahan

Senior Counsel
Michelle M. Younger

Of counsel
Nina Epstein

January 6, 2026

**VIA CM/ECF**

The Honorable Paul G. Gardephe
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

**Paul G. Gardephe, U.S.D.J.**

Dated:  January 7, 2026

Re:     *United States v. Albert Aronov*, 22 Cr. 20 (PGG)

Dear Judge Gardephe:

    I am counsel to Albert Aronov in the above-referenced action. I write to request the Court's permission for Mr. Aranov to travel during his period of supervised release. Specifically, Mr. Aranov seeks this Court's permission to travel with his wife and children to Dubai, in the United Arab Emirates during the February school vacation from February 12 to February 18, 2026. The purpose of this proposed travel is for leisure.

    Mr. Aranov will provide all details of his travel (airline information, lodging information, etc.) to United States Probation ahead of time, and would comply with any conditions imposed by Probation during travel.

    United States Probation does not object to this motion. The government also does not object to this motion. I thank the Court in advance for its consideration of this matter.

Respectfully,

/s/

Dawn M. Cardi

cc: all counsel via ECF