UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

ALBERT ARONOV,

Defendant.

**ORDER**

22 Cr. 20 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Government and the U.S. Probation Office are directed to respond to Defendant Albert Aronov's motion for early termination of supervised release (Dkt. No. 686) by **July 31, 2026**.

Dated: July 23, 2026
New York, New York

SO ORDERED.

Paul G. Gardephe
United States District Judge